FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 JAN 26 AM 9:56

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION FROM CELLPHONE ASSIGNED CALL NUMBER 206-430-0799 | Case No. 3:18 mj 038<br><br>Filed Under Seal |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding SYNCHRONOSS TECHNOLOGIES, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant until July 17, 2018.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that SYNCHRONOSS TECHNOLOGIES shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of 180 days except that SYNCHRONOSS TECHNOLOGIES may disclose the attached warrant to an attorney for SYNCHRONOSS TECHNOLOGIES for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

_1-24-18_
Date

_[signature]_
United States Magistrate Judge